IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
APR 19 2022
OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LIDIA IRENA KULA,

    Defendant.

4:22CR 3043

INDICTMENT

21 U.S.C. § 841(a)(1) & (b)(1)

The Grand Jury Charges:

## COUNT I

On or about December 27, 2021, in the District of Nebraska, Defendant LIDIA IRENA KULA did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, that resulted in the serious bodily injury of an individual, M.H.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT II

On or about January 14, 2022, in the District of Nebraska, Defendant LIDIA IRENA KULA did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

4:22CR3043

## COUNT III

On or about January 19, 2022, in the District of Nebraska, Defendant LIDIA IRENA KULA did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT IV

On or about January 24, 2022, in the District of Nebraska, Defendant LIDIA IRENA KULA did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
APR 19 2022
OFFICE OF THE CLERK

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

By: _____
JOHN J. SCHOETTLE, #IL6321461
Assistant U.S. Attorney