IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>LIDIA IRENA KULA,<br><br>                    Defendant. | **4:22CR3043**<br><br>**ORDER** |

During the conference call held today, defense counsel requested two additional weeks to investigate this case before advising the court on whether the defendant will plead guilty or go to trial. (Filing No. 35). The government does not oppose the request. The court finds the request should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 35), is granted.

2) A telephonic conference with counsel will be held before the undersigned magistrate judge at 10:45 a.m. on April 4, 2023 to discuss setting any pretrial motion hearing needed, a change of plea hearing, or the date of the jury trial and deadlines for disclosing experts as required under Rule 16. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call.

3) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and April 4, 2023 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7).

      Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 21st day of March, 2023.

                                      BY THE COURT:

                                      <u>s/ Cheryl R. Zwart</u>
                                      United States Magistrate Judge