IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>LIDIA IRENA KULA,<br><br>        Defendant. | 4:22CR3043<br><br>ORDER |

Defendant has moved to continue Defendant's change of plea hearing, (Filing No. 40), because defense counsel needs additional time to speak with Defendant. The motion is unopposed. Upon consideration,

IT IS ORDERED:

1) Defendant's motion to continue the plea hearing (Filing No. 40), is granted, and Defendant's change of plea hearing is continued, and it will be held on June 13, 2023 at 1:30 p.m. before the undersigned magistrate judge in Courtroom 2, Lincoln Federal Building. Defendant is ordered to appear at this hearing.

2) The time between May 17, 2023 and June 13, 2023, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act because the parties require additional time to adequately prepare the case for trial, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under the court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

May 17, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge