IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LIDIA IRENA KULA,

    Defendant.

4:22CR3043

**ORDER**

Defendant has filed a motion to continue, (Filing No. 44), because the government's counsel has changed, and the parties are currently engaged in plea discussions. The motion is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 44), is granted, in part.

2) The trial of this case is continued pending further order of the court.

3) The change of plea hearing is <u>not</u> continued, and it remains scheduled for July 27, 2023, at 9:30 a.m.

Dated this 19th day of July, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge